Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMADO BECERRA LOMAS  )
_____  )
_____  )
_____  )
_____,  )
(Full name under which you were convicted,  )
prison number, place of confinement, and  )
full mailing address)  )
 )
 )
          Petitioner,  )
vs.  )
 )
HEATHER RAY, WARDEN  )
_____,  )
(Name of Warden or other authorized person  )
where you are incarcerated)  )
 )
          Respondent.  )
_____)

FILED
MAR 31 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-CV-89
(to be assigned by Clerk)

Groh, Trumble, Sims

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

   ☐   a conviction
   ☐   a sentence
   ☐   jail or prison conditions
   ☐   prison disciplinary proceedings
   ☐   a parole problem
   ☒   other, state briefly: MR. LOMAS IS BEING UNLAWFULLY DETAINED UNDER THE FIRST STEP ACT AS HIS TIME CREDITS WERE REVOKED ABSENT A FINAL ORDER OF REMOVAL.

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes    ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
   _____
   _____

4. List the case number, if known:   5:15-CR-00036-001

5. List the nature of the offense for which the sentence was imposed:
   _____
   _____
   _____

6. List the date each sentence was imposed and the terms of the sentence:
   7-6-2016
   _____
   _____

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☒ Yes     ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: <u>U.S. DIST. CT. FOR MIDDLE DIST. OF GA.</u>
    B. Result: <u>DENIED</u>
    C. Date of Result: <u>N/A</u>
    D. Grounds raised (List each one): <u>SENTENCE</u>

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes     ☒ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

**Attachment A**

    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5.    Result: _____
    6.    Date of Result: _____

B.    Second post-conviction proceeding:
    1.    Name of Court: _____
    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5.    Result: _____
    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1.    First proceeding: ☐ Yes ☒ No    Result: _____
    2.    Second proceeding: ☐ Yes ☐ No    Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __ACCEPTED MY JUST PUNISHMENT__

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

C.  Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D.  Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E.  There is an unlawful detainer lodged against me.
F.  I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G.  The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.  Ground one:
PETITIONER LOMAS IS BEING UNLAWFULLY DETAINED BY THE BUREAU OF PRISONS BEYOND HIS PROJECTED RELEASE DATE OF MARCH 18, 2023, WITHOUT CAUSE, AS THE B.O.P CONTRIDICTS ITS OWN POLICY UNDER THE FIRST STEP ACT OF 2018 AND 18 U.S.C. §3632(d)(4) BY REVOKING TIME CREDITS, THEREBY EXTENDING HIS RELEASE BY ONE YEAR, ALTHOUGH NO FINAL ORDER OF REMOVAL WAS FILED BY I.C.E.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
From the onset of the implementation of the FSA, Petitioner Lomas was deemed eligible by the BOP, and was awarded time credits in the amount of 365 days placing his projected outdate on March 18, 2023. Approximately 30 days prior to his release, his case manager informed him that his credits and release were revoked due to a I.C.E. detainer, although NO FINAL ORDER OF REMOVAL WAS ATTACHED. This is contrary to the FSA, as set forth by law. (SEE MEMORANDUM).

B.  Ground two:

**Attachment A**

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C.  Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D.  Ground four:

_____
_____
_____
_____
_____

**Attachment A**

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result:
      NO REPLY AFTER 30 DAYS
      _____
      _____
      _____
      _____

**Attachment A**

2. If your answer to "A" above was no, explain:

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes ☐ No

1. If your answer to "B" above was yes, what was the result:
   NO RESPONSE AFTER 30 DAYS

2. If your answer to "B" above was no, explain:

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.
   ~~Order BOP to immediately calculate and apply FSA credits and issue an immediate release into ICE custody (as time-served). And appoint~~ counsel to represent me, if deemed necessary and just.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this _28_ day of _MARCH_, _2023_.
          (day)            (month)          (year)

_____[signature]_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _3-28-2023_     _____[signature]_____
                                    Your Signature

**Attachment D**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMADO LOMAS
_____

_____

*Your full name*

v.                                                        Civil Action No.: _____

HEATHER RAY, WARDEN
_____

_____

_____

*Enter above the full name of respondent in this action*

## Certificate of Service

I, AMADO LOMAS _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing  18 U.S.C. §2241 _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on _____ (insert date here):

(List name and address of counsel for respondent)

ATTORNEY GENERAL OFFICE (U.S. ATTORNEY OFFICE)

PO Box 128
Macon, GA. 31201

_____
(sign your name)